# Exhibit 1A

Test Report of the Shenzhen Compliance Lab



NVLAP LAB CODE:201045-0



Shenzhen Anbotek Compliance Laboratory Limited

# TEST REPORT
## For
## Oley Company Limited

| | |
|---|---|
| **Report Number:** | R011608788L |
| **Product Type:** | Projector LED module |
| **Date of Receipt:** | 2016-08-23 |
| **Date of Test:** | 2016-08-23 to 2016-08-25 |
| **Date of Report:** | 2016-08-26 |
| **Product Model:** | OLEYBL-20 |
| **Rating:** | DC 18-22V, 40W |
| **Prepared By:** | Shenzhen Anbotek Compliance Laboratory Limited<br>1/F., Building 1, SEC Industrial Park, No.0409 Qianhai Road, Nanshan District, Shenzhen, Guangdong, China<br>Tel: +86 755 2606 6544<br>Fax: +86 755 26014772<br>Web: www.anbotek.com |
| **Tested By:** | Alcander Lou |
| **Reviewed By:** | Vic zhou/Energy Lab Manager |

Note: This test report is perpared for the customer shown above and for the device described herein. It may not be duplicated or use in part without prior written consent from Shenzhen Anbotek Compliance Laboratory Limited.

Shenzhen Anbotek Compliance Laboratory Limited
Tel:(86)755-26066544 Fax:(86)755-26014772 www.anbotek.com

Oley Company Limited                                                         Model No:OLEYBL-20

# 1 – GENERAL

## 1.1 Product description

**General Information**

| Applicant | Oley Company Limited |
|---|---|
| Applicant Address | 3F,2nd Building B District,Honggao Industrial Park, Songbai Road, Shenzhen City,Guangdong Province, China |
| Manufacturer | Shenzhen Zhiyun Optoelectronic Co.,LTD |
| Manufacturer Address | 3F,2nd Building B District,Honggao Industrial Park, Songbai Road, Shenzhen City,Guangdong Province, China |
| Brand name | IRULU |
| Test Model Number | OLEYBL-20 |
| Burning time before test | 0 Hours (For new products) |

**Rated Values**

| Rated Inputs | DC 18-22V |
|---|---|
| Rated Power | 40W |

## 1.2 Test Facility

The test facility used by Shenzhen Anbotek Compliance Laboratory Limited is located at 1/F., Building 1, SEC Industrial Park, No.0409 Qianhai Road,Nanshan District,Shenzhen, Guangdong, China.

Oley Company Limited                                                             Model No:OLEYBL-20

## 2 – Test Equipment List and Details

| Device | Manufacture | Model No | Lab ID | Test Range | Calibration date | Calibration due date |
|---|---|---|---|---|---|---|
| Digital Power Meter | YOKOGAWA | WT210 | SE-074 | 0-600V/0-10A/0-100Hz | 2016-04-06 | 2017-04-05 |
| Temperature & Humidity meter | XINIXI | CTH-608 | SE-260 | 0℃~50℃, 10% to 90%RH | 2016-04-06 | 2017-04-05 |
| Integrating sphere (2.0m) | EVERFINE | 2.0m | SE-599 | 2m | 2016-06-23 | 2017-06-22 |
| Light flickering analyzer | EVERFINE | LFA-2000 | SE-600 | / | 2016-06-25 | 2017-06-24 |
| AC power source | EVERFINE | DPS1010 | SE-602 | 0-300V, 1000VA | 2016-06-23 | 2017-06-22 |
| Standard lamp | EVERFINE | D215S | SE-603 | 4.802A | 2016-07-02 | 2017-07-01 |
| DC power supply | EVERFINE | WY605 | SE-605 | DC 60V, 5A | 2016-06-23 | 2017-06-22 |
| Standard lamp | EVERFINE | D062 | SE-606 | 1.5445A | 2016-07-02 | 2017-07-01 |
| Spectrum analyzer | EVERFINE | HAAS-2000 | SE-607 | 380-780nm 1000-100000K | 2016-06-23 | 2017-06-22 |

Statement of Traceability:Shenzhen Anbotek Compliance Laboratory Limited attests that all calibration has been performed using suitable standards traceable to national primary standards and International System of Unit (SI).

Report No.R011608788L                    Page 3 of 7                                  Test Report

Oley Company Limited                                                                 Model No:OLEYBL-20

# 3 - Test Method

## 3.1 Ambient Condition

The ambient temperature in which measurements are being taken was maintained at 25° C ±1° C, the air flow around the sample(s) being tested did not affect the performance.

## 3.2 Power Supply Characteristics

The AC power supply had a sinusoidal voltage wave shape at the prescribed frequency (60 Hz/50Hz) such that the RMS summation of the harmonic components does not exceed 3 percent of the fundamental during operation of the test item.

The voltage of an AC power supply (RMS voltage) or DC power supply (instantaneous voltage) applied to the device under test shall be regulated to within ±0.2 percent under load.

## 3.3 Seasoning and Stabilization

No seasoning was performed in accordance with IESNA LM-79-08. And before the measurement, the sample was stabilized until the light output and power variations were less than 0.5% in 30 minutes intervals (3 readings, 15 minutes apart).

## 3.4 Integrating Sphere System

The system includes AC power source, digital power meter, DC power supply, spectrophotometer, and integrating sphere. The integrating sphere system is calibrated by standard light source before measurement. The system and standard light source has been calibrated regularly and traceable to the National Primary Standards. 4 π geometry was used during measurement. The product was operated in its intended orientation in application and was recorded in this report.



Oley Company Limited                                              Model No:OLEYBL-20

## 4–Test Result

### Electrical data

| Input Voltage (V) | Frequency (Hz) | Input Current (A) | LED Power (W) | Power Factor |
|---|---|---|---|---|
| 19.84 | / | 2.100 | 41.66 | 1.000 |

### Photometric data

| Luminous Flux (lm) | Radiant Flux (W) | Efficacy (lm/W) | CCT (K) | Duv |
|---|---|---|---|---|
| 3714.568 | 14.153 | 89.163 | 12605 | -1.46e-02 |

### Chromaticity Coordinate

| x | y | u | v | u' | v' |
|---|---|---|---|---|---|
| 0.2704 | 0.2495 | 0.1983 | 0.2745 | 0.1983 | 0.4118 |

### Color Rendering Details

| Ra |
|---|
| 73.1 |

| R1 | R2 | R3 | R4 | R5 |
|---|---|---|---|---|
| 83 | 71 | 54 | 79 | 83 |
| R6 | R7 | R8 | R9 | R10 |
| 61 | 75 | 79 | 35 | 24 |
| R11 | R12 | R13 | R14 | R15 |
| 86 | 44 | 77 | 73 | 85 |

Report No.R011608788L            Page 5 of 7                         Test Report

Oley Company Limited                                               Model No:OLEYBL-20

**Spectral Distribution**



Report No.R011608788L                Page 6 of 7                          Test Report

Oley Company Limited Model No:OLEYBL-20

## Attachment A – Product PHOTO



**PHOTO**

------End of Report-----

Report No.R011608788L Page 7 of 7 Test Report