# Exhibit 1B

Test Report of the Gold Medal Lab

 

| Report No. | GMATG-2016081177-A/0-XD01 |
|---|---|
| Total Pages | 4 |

# T E S T  R E P O R T

| | |
|---|---|
| Report No. : | GMATG-2016081177-A/0-XD01 |
| Sample Name: | Projector LED module |
| Sample Model: | YUN-PJ020-V4.0 |
| Customer: | Oley Company Limited |
| Test Mode： | Commissioned Test |

**Compiled By Gold Medal Analytical & Testing Group**

Report NO.: GMATG-2016081177-A/0-XD01                                                      Page  1   of   4

# Statement

1. The results shown in this Test Report refer only to the sample(s) tested unless otherwise stated .

2. This Test Report shall not be reproduced expected in full, without written approval of the company.

3. This report is valid only with valid signatures and seals.

4. It's invalid with any changes to this report .

5. If there is any disagreement to this report, please provide feedback in 15 days.

---

Gold Medal Analytical & Testing Group
Address: No.2 Xiangshan Road, Xintang Town, Zengcheng, Guangzhou City    Tel: 020-26227668     E-Mail: sales@gmatg.com

Report NO.: GMATG-2016081177-A/0-XD01                                                                 Page **2** of 4

# Test Report

| Sample Name | Projector LED module | Customer | Oley Company Limited |
|---|---|---|---|
| Address | 3F, 2nd Building B District, Honggao industrial Park, Songbai Road Shenzhen City, Guangdong Province, China | | |
| Contact | Mr Li | Tel | 13728770809 |
| E-Mail | yunled@163.com | Postcode | / |
| Date of Sample Received | 2016/08/22 | Quantity | 1 pc |
| Test Item | Luminous Flux , Color Temperature | | |
| Test Date | 2016/08/23 | Temperature & Humidity | 25℃/58%RH |
| Testing Method | *GB/T 24824-2009    LED Module Test Method for General Lighting* | | |
| Instrument | No. | Instrument Name | Model | Instrument No. |
| | 1 | Digital precision stabilized DC regulated power supply | WY3010 | GMATG-YQ03-4 |
| | 2 | Spectral analysis system_380-800nm | PMS-80_V1 | GMATG-YQ03-7 |
| Test Results | Please refer to Page 4.<br><br>Date of Issue : 2016/8/24 | | |

Tested by: GH Deng                Checked by: TT Xu                Approved by: F.Fang

Date: 2016/08/23                Date: 2016/08/24                Date: 2016/08/24

Gold Medal Analytical & Testing Group
Address: No.2 Xiangshan Road, Xintang Town, Zengcheng, Guangzhou City    Tel: 020-26227668    E-Mail: sales@gmatg.com

Report NO.: GMATG-2016081177-A/0-XD01                                                      Page  3   of   4

# Test Data

1.Description

| Sample Photo |
|---|
|  |

****** End of Page******

Report NO.: GMATG-2016081177-A/0-XD01                                          Page **4** of 4

## 2.Test Data

| | Summary of Test Results | | | | |
|---|---|---|---|---|---|
| NO. | Test Item | Technical Requirement | Sample NO. | Test Result | Decision Result |
| 1 | Luminous Flux | / | 2016081177-01 | 3869.0 lm | measured values |
| 2 | Color Temperature | / | 2016081177-01 | 12937 | measured values |
| Comments：  Constant current:2.1A, Forward voltage:20.22V, Power:42.42W ||||||

****** End of Report******