#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF SOUTH CAROLINA
#### ROCK HILL DIVISION

| | |
|---|---|
| Epson America, Inc. | Civil Action No. 0:17-129-CMC |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| USA111, Inc. d/b/a iRULU, | |
| Defendant. | |

For the reasons outlined in the Parties' Joint Motion for Entry of Judgment, the Court hereby **GRANTS** the Parties' Motion and enters Judgment as follows:

1. Judgment in the amount of Five Million Dollars ($5,000,000) shall enter in favor of Epson and against iRULU on the merits of its claims.

2. Defendant iRULU is permanently enjoined from advertising any of its consumer projectors as having a specified lumens rating, unless it can substantiate the advertised lumens rating with a report from an independent testing lab in the United States. Alternatively, iRULU may list the lumens rating for a given consumer projector as "undetermined lumens." In no event may iRULU merely remove the lumens rating altogether.

3. The Court shall retain jurisdiction with respect to the implementation and enforcement of the terms of this Judgment and the Parties submit to the jurisdiction of the Court for those purposes.

**SO ORDERED.**